UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAYMONE S. KNOX,

        Plaintiff,

                                          Case No.: 17-cv-10900
v.                                    Honorable Gershwin A. Drain

BRANDON SCRUGGS, *et al.,*

        Defendants.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION [#34] AND DISMISSING ACTION

This matter is before the court on Magistrate Judge Stephanie Dawkins Davis's Report and Recommendation dated October 12, 2018, recommending that the Court grant the Defendants' Motion to Vacate Order Granting In Forma Pauperis Status and dismiss Plaintiff's Complaint without prejudice.

Neither party has filed objections to the Magistrate Judge's Report and Recommendation, and the time for filing objections has expired. *See* 28 U.S.C. § 636(b)(1)(C). Upon review of the parties' briefing and the Magistrate Judge's Report and Recommendation, the Court concludes that the Magistrate Judge reached the correct conclusion. Therefore, the Court hereby ACCEPTS and

ADOPTS Magistrate Judge Davis's October 12, 2018 Report and Recommendation [#34] as this Court's findings of fact and conclusions of law. Defendants' Motion for Summary Judgment [#28] is GRANTED. This cause of action is DISMISSED without prejudice.

SO ORDERED.

Dated: November 15, 2018 　　　　　　　　　　/s/Gershwin A. Drain
　　　　　　　　　　　　　　　　　　　　　　GERSHWIN A. DRAIN
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record and on Raymone Knox, #46439-039, Cherry Health Services, 8333 Townsend St., Detroit, MI 48213 on November 15, 2018, by electronic and/or ordinary mail.
　　　　　　　　　　　　　　　/s/ Teresa McGovern
　　　　　　　　　　　　　　　Case Manager